**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**COUNCIL FOR RESPONSIBLE**                                  :
**NUTRITION,**                                               :
                                                             :
                             **Plaintiff,**                  :
                                                             :         **24-cv-1881 (ALC)**
                             -against-                       :
                                                             :         <u>**ORDER**</u>
**LETITIA JAMES.,**                                          :
                                                             :
                             **Defendant.**                  :
                                                             :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' submissions regarding Defendant's request for a pre-motion conference for an anticipated motion to dismiss.  (ECF Nos. 27, 29.)  Plaintiff is ORDERED to respond to Defendant's letter request for a pre-motion conference by **April 10, 2024 at 12:00 PM Eastern Time**.


**SO ORDERED.**

**Dated:**    **April 9, 2024**
           **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**