UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
COUNCIL FOR RESPONSIBLE
NUTRITION,

                        Plaintiff,                    24-cv-1881 (ALC)

                      -against-                    <u>ORDER</u>

LETITIA JAMES.,

                       Defendant.
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Parties should be prepared to discuss the following issues at today's hearing: Plaintiff's delay in bringing this emergency motion and how that affects the Court's evaluation of imminent harm and irreparable injury; whether requiring age verification compels commercial speech; and what if any burdens are there on Plaintiff regarding the age verification.

**SO ORDERED.**

Dated:    April 10, 2024
               New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**