UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

COUNCIL FOR RESPONSIBLE NUTRITION,

                  Plaintiff,

-against-

LETITIA JAMES.,

                  Defendant.

------------------------------------------------------- x

24-cv-1881 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court grants Plaintiff leave to file its amended complaint by April 11, 2024.

Defendant is to file its Fed. R. Civ. P. 12(b) Motion to Dismiss by 12pm Eastern Time on April 12, 2024. Plaintiff is to file its Opposition Brief by April 15, 2024.

**SO ORDERED.**

Dated:    April 11, 2024
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**