UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**COUNCIL FOR RESPONSIBLE NUTRITION,**

           **Plaintiff,**

           -against-

**LETITIA JAMES.,**

           **Defendant.**

---------------------------------------------------------- x

24-cv-1881 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's Motion for Clarification (ECF No. 53) regarding the Court's Opinion & Order (ECF No. 52). Defendant is **ORDERED** to respond by Wednesday, April 24, 2024.

**SO ORDERED.**

Dated:    **April 23, 2024**
           **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**