

November 26, 2025

**VIA ECF**

**Tamar S. Wise**
Direct Phone   212-883-4924
Direct Fax       646-461-2054
twise@cozen.com

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMORANDUM ENDORSED

**Re:**    ***Council for Responsible Nutrition v. Letitia James*, Case No. 1:24-cv-01881 –
Unopposed Request for Extended Stay of Deadlines in Scheduling Order**

Dear Judge Gorenstein:

Pursuant to Section 1, Paragraph E of Your Honor's Individual Practices, Plaintiff, Council for Responsible Nutrition ("CRN"), respectfully requests a continued temporary stay of the discovery deadlines set forth in the Scheduling Order dated September 9, 2024 and entered at Dkt. #68 (the "Order"). By Order dated November 12, 2024, Your Honor granted CRN's request for a temporary stay pending a decision from the Second Circuit on CRN's interlocutory appeal of the District Court's denial of CRN's Motion for Preliminary Injunction. *See* No. 24-1343 (2d Cir.). The Second Circuit issued a decision on November 13, 2025, and CRN is planning to file a petition for rehearing *en banc*. CRN therefore respectfully requests a continuation of the temporary stay until the Second Circuit's resolution of the petition for rehearing *en banc*.

CRN has conferred with Defendant, Letitia James, in her official capacity as the Attorney General of the State of New York ("Defendant"), and Defendant consents to CRN's request for a continuation of the temporary stay.

This is the second request for an extension of the Order.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Tamar S. Wise*

BY:    TAMAR S. WISE

The request to extend the stay of discovery is granted. The parties shall propose a new schedule for this case by letter filed on ECF within 7 days of the Second Circuit's issuance of a decision on the petition for rehearing.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 1, 2025