

January 5, 2026

**VIA ECF**

**Tamar S. Wise**
Direct Phone   212-883-4924
Direct Fax      646-461-2054
twise@cozen.com

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Council for Responsible Nutrition v. Letitia James*, Case No. 1:24-cv-01881 –
         Unopposed Request for Extended Stay of Deadlines in Scheduling Order

Dear Judge Gorenstein:

Pursuant to Section 1, Paragraph E of Your Honor's Individual Practices, Plaintiff, Council for Responsible Nutrition ("CRN"), respectfully requests a continued temporary stay of the discovery deadlines set forth in the Scheduling Order dated September 9, 2024 and entered at Dkt. #68 (the "Order"). By Order dated November 12, 2024, Your Honor granted CRN's request for a temporary stay pending a decision from the Second Circuit on CRN's interlocutory appeal of the District Court's denial of CRN's Motion for Preliminary Injunction. *See* No. 24-1343 (2d Cir.). By Order dated December 1, 2025, Your Honor also granted CRN's letter motion, filed on consent of the NYAG, to continue the temporary stay pending the Second Circuit's resolution of CRN's petition for rehearing *en banc*.

The Second Circuit denied CRN's petition for rehearing *en banc* on December 30, 2025. CRN respectfully requests a continuation of the temporary stay pending the filing of a petition for writ of certiorari with the Supreme Court. CRN has conferred with Defendant, Letitia James, in her official capacity as the Attorney General of the State of New York ("Defendant"), and Defendant consents to CRN's request for a continuation of the temporary stay.

This is the third request for an extension of the Order.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Tamar S. Wise*

BY:    TAMAR S. WISE

CC:    ALL COUNSEL OF RECORD (VIA ECF)